

ORDERED in the Southern District of Florida on October 20, 2014.

Robert A. Mark, Judge
United States Bankruptcy Court

___

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**MIAMI DIVISION**
www.flsb.uscourts.gov

In re: Carmen Patricia La Cotera                         Case No. 14-24088-RAM
                                                          Chapter 13
          Debtor
_____/

### ORDER GRANTING MOTION TO WAIVE REQUIREMENT OF WAGE DEDUCTION ORDER

THIS CASE came to be heard on October 14, 2014, on the *Debtor's Motion to Waive Requirement of Wage Deduction Order* (DE 35; the "Motion"). Having considered the record in this case, and being duly advised in the premises, the Court finds as follows:

1. The motion is GRANTED.

2. The debtor is not required to deduct and remit from her wages, the Chapter 13 monthly payment.

###

Submitted by:
Lissette Labrousse, Esq. For Matthew Bayard, Esq.
Attorney for Debtor/Plaintiff Carmen Patricia LaCotera
3000 Biscayne Blvd. Ste. 500
Miami, FL 33137
Phone: (305) 438-2463
Fax: (305) 573-5800

Attorney for the Debtor, Lissette Labrousse, is directed to serve a conformed copy of this Order on all interested parties immediately upon receipt hereof and to file a certificate of service.